UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMONTE DAVIS (#420744)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-789-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 10, 2012 (doc. no. 7). Petitioner filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction and the plaintiff's Complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915, without prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, this 30th day of May, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA